IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RUSSELL GAITHER, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CV 121-132 ) |
| SOUTHERN DISTRICT OF GEORGIA COURT and THE ELEVENTH CIRCUIT COURT OF APPEALS, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___9th___ day of November, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA